UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
OBESITY ACTION COALITION, :
:
                             Plaintiff, :
: 19-cv-3695 (VSB)
                -against- :
: **ORDER**
:
UNITEDHEALTHCARE, INC. :
*doing business as* :
UnitedHealthcare of New York, Inc., :
:
                           Defendant. :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In light of the status conference held on November 21, 2019, it is hereby:

      ORDERED that the parties shall submit a joint status update to the Court no later than January 14, 2020.

      IT IS FURTHER ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is extended to January 28, 2020.

SO ORDERED.

Dated:  November 21, 2019
         New York, New York

Vernon S. Broderick
United States District Judge